IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT ANTHONY REYNA,<br><br>　　　　　　Defendant. | 8:12CR73<br><br>**ORDER** |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge F.A. Gossett, III, Filing No. 46. No objection has been filed to the "F&R." Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the "F&R" in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The "F&R," Filing No. 46, is adopted in its entirety; and

2. The defendant's motion to suppress, Filing No. 29, is granted in part and denied in part, as set out in the record.

Dated this 17th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge